DAVID WM. ENGELMAN, SBA # 004193
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com

Attorneys for Movant Plymouth Park Tax Services, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERNEST N. D'ANGELO,<br><br>        Debtor. | No. 4:13-bk-00813-BMW<br><br>Chapter 7 (Converted from Chapter 13)<br><br>**MOTION OF SECURED CREDITOR PLYMOUTH PARK TAX SERVICES, L.L.C. FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**RE:    4443 SOUTH 6TH AVENUE, TUCSON, ARIZONA 85714** |
| PLYMOUTH PARK TAX SERVICES, L.L.C.,<br><br>        Movant,<br><br>vs.<br><br>ERNEST N. D'ANGELO, Debtor; and GAYLE ESKAY MILLS, Chapter 7 Trustee,<br><br>        Respondents. | |

      Plymouth Park Tax Services, L.L.C., a secured creditor in the above-captioned bankruptcy case ("Movant"), pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a), hereby moves for the entry of an order granting relief from the automatic stay with respect to Movant's enforcement of its right to institute and complete a foreclosure of its tax lien on the Debtor's real property commonly known as 4443 South 6th Avenue, Tucson, Arizona 85714 (the "Property").

      This Motion is supported by the attached Memorandum of Points and Authorities, the exhibits hereto, and the entire Court record.

{0005017.0000/00426301.DOC / }

**DATED** this 17th day of April, 2013.

**ENGELMAN BERGER, P.C.**

By */s/ David Wm. Engelman, SBA #004193*
   David Wm. Engelman
   3636 North Central Avenue, Suite 700
   Phoenix, Arizona 85012
   Attorneys for Movant Barry Becker

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  FACTUAL BACKGROUND.**

    **A.  Parties and Jurisdiction.**

    1.  On January 18, 2013 (the "Filing Date"), Ernest Nicolas D'Angelo (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

    2.  On March 6, 2013, the Debtor converted his Chapter 13 case to a case under Chapter 7. Gayle Eskay Mills is the duly appointed and acting Chapter 7 Trustee of the Debtor's bankruptcy estate.

    3.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334(a) and 157(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (G).

    **B.  Movant's Tax Lien Against the Debtor's Real Property.**

    4.  The Debtor owns the Property. A true and correct copy of the Warranty Deed showing vested title in the Debtor's name, including a legal description of the Property, is attached hereto as <u>Exhibit 1</u>.

    5.  The Debtor failed to pay real property taxes assessed against the Property in 2002 and 2003, which became liens against the Property. The Pima County Treasurer sold those tax liens at public auction, and Movant purchased them and received certificate of purchase no. 404156. The Pima County Treasurer's listing of certificates of purchase showing Movant's certificate (Bidder No. 1887) is attached hereto as <u>Exhibit 2</u>.

    6.  As of the date of this Motion, the amount due and owing to Movant by the Debtor to redeem certificate of purchase no. 404156 is $10,365.65. Interest at six percent (6%) per annum

continues to accrue on the principal amount of the tax lien until paid in full, plus penalties and other fees.

## II. CAUSE EXISTS FOR STAY RELIEF AS TO THE PROPERTY.

7. Pursuant to Bankruptcy Code 11 U.S.C. §362(d), the Court shall grant relief from the automatic stay:

> (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
>
>     (1)    for cause, including the lack of adequate protection of an interest in property of such party in interest;
>
>     (2)    with respect to a stay of an act against property under subsection (a) of this section, if—
>
>         (A) the debtor does not have an equity in such property; and
>
>         (B) such property is not necessary to an effective reorganization.

8. The Debtor has made no attempt to redeem the tax liens, and thus, Movant is not adequately protected. Movant has no assurance that the Debtor is protecting and preserving the Property. Moreover, interest continues to accrue on the principal balance secured by the Movant's tax lien; thus, further eroding Movant's position in the Property.

9. Movant does not have sufficient knowledge to assert unequivocally that the Debtor holds no equity in the Property. Debtor's Schedule A [Dkt. 5], while confusing as to the actual value that the Debtor gives the Property, indicates a value of $175,000.00. However, Movant is aware of the stay relief motion[1] filed by another tax lienholder, William Schumacher [Dkt. 33] claiming a lien against the Property of at least $16,000.00. Furthermore, the Debtor has disclosed on his Schedule D – Creditors Holding Secured Claims [Dkt. 5] that the Property is liened in the amount of $63,569.35. Even if there is *some* equity in the Property, continuing the stay would serve no purpose because the Debtor's potential equity in the Property would not exceed the homestead exemption, and thus, there

---

[1] This stay relief motion asserts an additional lienholder on the Property (Gregory Hodgson) by virtue of a trust-deed lien, but the Debtor does not list Mr. Hodgson on Schedule D [Dkt. 5].

{0005017.0000/00426301.DOC / }

3

is no realistic possibility of a distribution to the unsecured creditors from a sale of the Property. Thus, the bankruptcy estate does not stand to benefit from continuance of the stay.

10. The Debtor converted his case to a case under Chapter 7 – a liquidation of his assets. Thus, the Debtor has no intention to reorganize. The Property cannot be necessary to an effective reorganization when none is contemplated.

11. Movant has satisfied the requirements for stay relief under §362(d)(1) and (2). Movant's interest in the Property is not adequately protected. It is likely that there is no equity in the Property, and even if there is equity, it does not exceed the homestead exemption, and thus, holds no benefit to the estate. Additionally, the Property is not necessary to an effective reorganization as one is not contemplated by the Debtor. Accordingly, stay relief is appropriate.

## IV. CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court enter an Order terminating the automatic stay with respect to Movant's enforcement of its right to institute and complete a foreclosure of Movant's tax lien against the Property.

**DATED** this 17th day of April, 2013.

          **ENGELMAN BERGER, P.C.**

          By */s/ David Wm. Engelman, SBA #004193*
              David Wm. Engelman
              3636 North Central Avenue, Suite 700
              Phoenix, Arizona 85012
              Attorneys for Movant Plymouth Park
              Tax Services, L.L.C.

**COPY** of the foregoing e-mailed
(with a copy of the proposed form of Order)
this 17th day of April, 2013, to:

Cheryl K. Copperstone
Law Office of Cheryl K. Copperstone
7211 N. Camino de la Cruz
Tucson, AZ 85741
**E-mail:** **copperstonebankruptcy@earthlink.net**
Attorney for the Debtor

{0005017.0000/00426301.DOC / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**COPY** of the foregoing mailed
(with a copy of the proposed form of Order)
this 17th day of April, 2013, to:

Ernest N. D'Angelo
4451 S. 6th Avenue
Tucson, AZ 85714
Debtor

Gayle Eskay Mills
P. O. Box 36317
Tucson, AZ 85740
Chapter 7 Trustee

Office of the U.S. Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003

Gregory Edward Hodgson
1220 Lindberg Road
Anderson, IN 46012
Interested Party – deed of trust beneficial interest holder

Occupants
4451 S. 6th Avenue
Tucson, AZ 85714


*/s/ Kimberly A. Cox*

{0005017.0000/00426301.DOC / }

# EXHIBIT 1

| STATE OF ARIZONA | } ss. | I hereby certify that the within instrument was filed and recorded | | Fee No. |
| County of | | | | |
| | In DOCKET | and indexed in deeds | | |
| at the request of | | | | |
| When recorded, mail to: | | Witness my hand and official seal. | | Compared |
| MR. ERNEST N. D'ANGELO | | | County Recorder. | Photostated |
| 4449 S. 6TH AVE. | | By | | Fee: |
| TUCSON, ARIZONA 85714 | | | Deputy Recorder | |

ESCROW NO: 130953 ST

# WARRANTY DEED

For the consideration of Ten Dollars, and other valuable considerations, ETTA E. BRADEN, AN UNMARRIED WOMAN

hereafter called the Grantor, whether one or more than one, hereby conveys to ERNEST N. D'ANGELO, A MARRIED MAN, DEALING WITH HIS SOLE & SEPARATE PROPERTY

the following real property situated in Pima County, Arizona, together with all rights and privileges appurtenant thereto, to wit:

THE SOUTH 21 FEET 8-3/4 INCHES OF LOT 11 IN BLOCK 5 OF THE
RESUBDIVISION OF FAIRGROUNDS ADDITION, PIMA COUNTY, ARIZONA,
ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF
THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 7 OF MAPS
AND PLATS AT PAGE 26 THEREOF.

Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record, the Grantor warrants the title against all persons whomsoever.

Dated this 15TH day of APRIL, 19 88.

x Etta E. Braden
ETTA E. BRADEN

This instrument was acknowledged before me this 18th day of April, 19 88 by ETTA E. BRADEN

_____
Notary Public

STATE OF _____
County of _____

My commission expires 2-16-89

STATE OF ................}
County of ................} ss.

This instrument was acknowledged before me this ........ day of
.................., 19......, by

_____
Notary Public

My commission will expire

D-10

# EXHIBIT 2

Beth Ford
Pima County Treasurer

## Parcel 120090780

| Year | Half | Type | PD Date | Cert Num | Bidder | Rate | Tax | Interest | Penalties | Fees | Interest From Assn | Redem Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | F | 99 | 02/23/2004 | 404156 | 1887 | 0.06 | 1904.84 | 406.37 | 95.24 | 10.00 | 1304.88 | 0.00 | 3721.33 |
| 2002 | S | 09 | 02/23/2004 | 404156 | 1887 | 0.06 | 1904.84 | 253.98 | 95.24 | 0.00 | 1217.19 | 0.00 | 3471.25 |
| 2003 | F | 09 | 07/01/2004 | 404156 | 1887 | 0.06 | 98.47 | 6.56 | 4.92 | 5.00 | 56.67 | 0.00 | 171.62 |
| 2003 | S | 09 | 07/01/2004 | 404156 | 1887 | 0.06 | 1846.37 | 73.85 | 92.32 | 0.00 | 988.91 | 0.00 | 3001.45 |
| 2004 | F | 99 | 02/27/2006 | 601643 | 1032 | 0.16 | 1786.50 | 381.12 | 89.32 | 10.00 | 2538.97 | 0.00 | 4805.91 |
| 2004 | S | 09 | 02/27/2006 | 601643 | 1032 | 0.16 | 1786.50 | 238.20 | 89.32 | 0.00 | 2367.70 | 0.00 | 4481.72 |
| 2005 | F | 09 | 06/16/2006 | 601643 | 1032 | 0.16 | 1735.73 | 185.14 | 86.79 | 5.00 | 2054.26 | 0.00 | 4066.92 |
| 2005 | S | 09 | 06/16/2006 | 601643 | 1032 | 0.16 | 1735.72 | 46.29 | 86.79 | 0.00 | 1900.81 | 0.00 | 3769.61 |
| 2006 | F | 09 | 12/13/2007 | 601643 | 1032 | 0.16 | 1743.20 | 325.40 | 87.16 | 5.00 | 1714.18 | 0.00 | 3874.94 |
| 2006 | S | 09 | 12/13/2007 | 601643 | 1032 | 0.16 | 1743.20 | 185.94 | 87.16 | 0.00 | 1594.76 | 0.00 | 3611.06 |
| 2007 | F | 09 | 10/22/2008 | 601643 | 1032 | 0.16 | 2053.86 | 328.62 | 102.69 | 5.00 | 1655.32 | 0.00 | 4145.49 |
| 2007 | S | 09 | 10/22/2008 | 601643 | 1032 | 0.16 | 2053.86 | 164.31 | 102.69 | 0.00 | 1537.93 | 0.00 | 3858.79 |
| 2008 | F | 09 | 10/16/2009 | 601643 | 1032 | 0.16 | 1934.99 | 309.60 | 96.75 | 5.00 | 1199.78 | 0.00 | 3546.12 |
| 2008 | S | 09 | 10/16/2009 | 601643 | 1032 | 0.16 | 1934.98 | 154.80 | 96.75 | 0.00 | 1114.55 | 0.00 | 3301.08 |
| 2009 | F | | | | | | 1931.24 | 1029.99 | 96.56 | 0.00 | 0.00 | 0.00 | 3057.79 |
| 2009 | S | | | | | | 1931.24 | 875.50 | 96.56 | 0.00 | 0.00 | 0.00 | 2903.30 |
| 2010 | F | | | | | | 2033.11 | 759.03 | 101.66 | 0.00 | 0.00 | 0.00 | 2893.80 |
| 2010 | S | | | | | | 2033.10 | 596.38 | 101.66 | 0.00 | 0.00 | 0.00 | 2731.14 |
| 2011 | F | | | | | | 2157.58 | 460.28 | 107.88 | 0.00 | 0.00 | 0.00 | 2725.74 |
| 2011 | S | | | | | | 2157.58 | 287.68 | 107.88 | 0.00 | 0.00 | 0.00 | 2553.14 |

D ANGELO ERNEST NICHOLAS & ISABEL M JT/RS
PO BOX 23384
TUCSON AZ
85734

FAIRGROUNDS RESUB LOT 12 BLK 5

| | | | | | | |
|---|---|---|---|---|---|---|
| $36,506.91 | $7,069.04 | $1,825.34 | $45.00 | $21,245.91 | $0.00 | $66,692.20 |

Redemption Fees: 20.00
**Total Due: $66,712.20**

## Parcel 120091130

| Year | Half | Type | PD Date | Cert Num | Bidder | Rate | Tax | Interest | Penalties | Fees | Interest From Assn | Redem Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | S | | | | | | 243.74 | 32.50 | 12.19 | 0.00 | 0.00 | 0.00 | 288.43 |

DORAME ALICIA
307 E MICHIGAN DR
TUCSON AZ
85714

FAIRGROUNDS RESUB LOT 9 BLK 7

| | | | | | | |
|---|---|---|---|---|---|---|
| $243.74 | $32.50 | $12.19 | $0.00 | $0.00 | $0.00 | $288.43 |

Redemption Fees: 0.00
**Total Due: $288.43**

1,559