DAVID WM. ENGELMAN, SBA # 004193
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com

Attorneys for Movant Plymouth Park Tax Services, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERNEST N. D'ANGELO,<br><br>        Debtor. | No. 4:13-bk-00813-BMW<br><br>Chapter 7 (Converted from Chapter 13)<br><br>**NOTICE OF FILING MOTION OF SECURED CREDITOR PLYMOUTH PARK TAX SERVICES, L.L.C. FOR RELIEF FROM THE AUTOMATIC STAY AND OPPORTUNITY FOR OBJECTIONS THERETO**<br><br>**RE: 4443 SOUTH 6TH AVENUE, TUCSON, ARIZONA 85714** |
| PLYMOUTH PARK TAX SERVICES, L.L.C.,<br><br>        Movant,<br><br>vs.<br><br>ERNEST N. D'ANGELO, Debtor; and GAYLE ESKAY MILLS, Chapter 7 Trustee,<br><br>        Respondents. | |

NOTICE IS HEREBY GIVEN that Plymouth Park Tax Services, L.L.C., a secured creditor in the above-captioned bankruptcy case ("Movant"), pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a), has filed a motion for the entry of an order granting relief from the automatic stay with respect to Movant's enforcement of its right to institute and complete a foreclosure of its tax lien on the Debtor's real property commonly known as 4443 South 6th Avenue, Tucson, Arizona 85714 (the "Property"). The legal description of the Property is:

> THE SOUTH 21 FEET 8-3/4 INCHES OF LOT 11 IN BLOCK 5 OF THE RESUBDIVISION OF FAIRGROUNDS ADDITION, PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA

{0005017.0000/00426341.DOC / }

1

COUNTY, ARIZONA, IN BOOK 7 OF MAPS AND PLATS AT PAGE 26 THEREOF.

NOTICE IS FURTHER GIVEN that you may obtain a copy of the Motion by accessing the Court's electronic case filing system (www.azb.uscourts.gov) or by contacting Movant's attorneys, Engelman Berger, P.C., Attn: Cindy K. Solomon, CLA, telephone: 602.222.4950 or email: cks@eblawyers.com.

**NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 4001-1(f) and 9013-1(k), a written objection must be filed with the Court within fourteen (14) days of the date of this notice (plus 3 days if served by mail) and a copy served upon Movant's attorney whose name and address is:**

> David Wm. Engelman, Esq.
> Engelman Berger, P.C.
> 3636 North Central Avenue, Suite 700
> Phoenix, AZ 85012
> Telephone: (602) 271-9090
> Facsimile: (602) 222-4999
> Email: dwe@eblawyers.com

If no written objections are timely filed with the Court and a copy served upon the Movant, the Motion may be granted without further hearing.

**DATED** this 17th day of April, 2013.

> **ENGELMAN BERGER, P.C.**
>
> By */s/ David Wm. Engelman, SBA #004193*
> David Wm. Engelman
> 3636 North Central Avenue, Suite 700
> Phoenix, Arizona 85012
> Attorneys for Movant Plymouth Park
> Tax Services, L.L.C.

**COPY** of the foregoing e-mailed
this 17th day of April, 2013, to:

Cheryl K. Copperstone
Law Office of Cheryl K. Copperstone
7211 N. Camino de la Cruz
Tucson, AZ 85741
**E-mail: copperstonebankruptcy@earthlink.net**
Attorney for the Debtor

{0005017.0000/00426341.DOC / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1    **COPY** of the foregoing mailed
this 17th day of April, 2013, to:

2

3    Ernest N. D'Angelo
4451 S. 6th Avenue
Tucson, AZ 85714

4    Debtor

5    Gayle Eskay Mills
P. O. Box 36317

6    Tucson, AZ 85740
Chapter 7 Trustee

7

8    Office of the U.S. Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003

9

10    Gregory Edward Hodgson
1220 Lindberg Road
Anderson, IN 46012

11    Interested Party – deed of trust beneficial interest holder

12    Occupants
4451 S. 6th Avenue

13    Tucson, AZ 85714

14    All Parties Listed on the Debtor's
Master Mailing Matrix as filed

15    and updated with the Court

16

     */s/ Kimberly A. Cox*

17

18

19

20

21

22

23

24

25

26

27

{0005017.0000/00426341.DOC / }