DAVID WM. ENGELMAN, SBA # 004193
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com

Attorneys for Movant Plymouth Park Tax Services, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERNEST N. D'ANGELO,<br><br>           Debtor. | No. 4:13-bk-00813-BMW<br><br>Chapter 7 (Converted from Chapter 13)<br><br>**CERTIFICATE OF SERVICE AND OF NO OBJECTION AND REQUEST FOR ENTRY OF ORDER GRANTING STAY RELIEF**<br><br>**RE: 4443 SOUTH 6TH AVENUE, TUCSON, ARIZONA 85714** |
| PLYMOUTH PARK TAX SERVICES, L.L.C.,<br><br>           Movant,<br><br>vs.<br><br>ERNEST N. D'ANGELO, Debtor; and GAYLE ESKAY MILLS, Chapter 7 Trustee,<br><br>           Respondents. | |

STATE OF ARIZONA    )
                                ) ss.
County of Maricopa   )

       DAVID WM. ENGELMAN, a shareholder with the law firm Engelman Berger, P.C., under oath and penalty of perjury, hereby certifies:

       1.     On April 17, 2013, I caused to be filed the *"Motion of Secured Creditor Plymouth Park Tax Services, L.L.C. for Relief From the Automatic Stay"* ("Motion"), and also caused the Motion, with a copy of the proposed form of Order granting the Motion, to be served upon:

{0005017.0000/00431197.DOC / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1  Cheryl K. Copperstone
   Law Office of Cheryl K. Copperstone
2  7211 N. Camino de la Cruz
   Tucson, AZ 85741
3  **Via E-mail:  copperstonebankruptcy@earthlink.net**
   Attorney for the Debtor
4
   Via first-class, U.S. mail upon:
5
   Ernest N. D'Angelo
6  4451 S. 6th Avenue
   Tucson, AZ 85714
7  Debtor

8  Gayle Eskay Mills
   P. O. Box 36317
9  Tucson, AZ 85740
   Chapter 7 Trustee
10
   Office of the U.S. Trustee
11 230 N. First Avenue, #204
   Phoenix, AZ 85003
12
   Gregory Edward Hodgson
13 1220 Lindberg Road
   Anderson, IN 46012
14 Interested Party – deed of trust beneficial interest holder

15 Occupants
   4451 S. 6th Avenue
16 Tucson, AZ 85714

17  2.  On that same date, I caused to be filed the ***"Notice of Filing Motion of Secured Creditor Plymouth Park Tax Services, L.L.C. for Relief From the Automatic Stay and Opportunity for Objections Thereto"*** ("Notice"), and also caused the Notice to be served upon the above-listed parties, and upon all parties listed on the Debtor's Master Mailing Matrix.

3.  The deadline (14 days plus 3 mailing days) by which parties were required to respond to the Motion has expired, and I have received no response to the Motion. I reviewed the Court's docket and found no response to the Motion filed with the Court.

In light of the foregoing, the above-captioned Movant requests that the Court enter the Order granting the Motion lodged concurrently herewith.

{0005017.0000/00431197.DOC / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

**RESPECTFULLY SUBMITTED** this 6th day of May, 2013.

        **ENGELMAN BERGER, P.C.**

By */s/ David Wm. Engelman, SBA #004193*
    David Wm. Engelman
    3636 North Central Avenue, Suite 700
    Phoenix, Arizona 85012
    Attorneys for Movant Plymouth Park
    Tax Services, L.L.C.

{0005017.0000/00431197.DOC / }