DAVID WM. ENGELMAN, SBA # 004193
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com

Attorneys for Movant Plymouth Park Tax Services, L.L.C.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERNEST N. D'ANGELO,<br><br>　　　　Debtor. | No. 4:13-bk-00813-BMW<br><br>Chapter 7 (Converted from Chapter 13) |
| PLYMOUTH PARK TAX SERVICES, L.L.C.,<br><br>　　　　Movant,<br><br>vs.<br><br>ERNEST N. D'ANGELO, Debtor; and GAYLE ESKAY MILLS, Chapter 7 Trustee,<br><br>　　　　Respondents. | **ORDER GRANTING MOTION OF SECURED CREDITOR PLYMOUTH PARK TAX SERVICES, L.L.C. FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**RE: 4443 SOUTH 6TH AVENUE, TUCSON, ARIZONA 85714** |

THIS MATTER came before the Court on the above-captioned Movant's *"Motion of Secured Creditor Plymouth Park Tax Services, L.L.C. for Relief From the Automatic Stay"* ("Motion") filed on January 17, 2013 [Dkt. 34]. The Court, having considered the Motion, and counsel for Movant having certified to the Court that, following proper notice and time period for objections, no parties to the Motion filed opposition to the Motion, and for good cause,

**IT IS HEREBY ORDERED:**

1. The Motion is granted.

2. The automatic stay entered pursuant to § 362(a) of the Bankruptcy Code shall be, and hereby is, terminated with respect to the Movant's enforcement of its right to institute and complete a

{0005017.0000/00426345.DOC / }

foreclosure of its tax lien on the Debtor's real property commonly known as 4443 South 6th Avenue, Tucson, Arizona 85714, and legally described as:

> THE SOUTH 21 FEET 8-3/4 INCHES OF LOT 11 IN BLOCK 5 OF THE RESUBDIVISION OF FAIRGROUNDS ADDITION, PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 7 OF MAPS AND PLATS AT PAGE 26 THEREOF.

**DATED AND SIGNED ABOVE.**

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012